BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00169-LJO-SKO |
| Plaintiff, | APPLICATION AND REGARDING FINANCIAL DISCLOSURES |
| v. | |
| SHARANJIT KAUR, | |
| Defendant. | |

On January 16, 2013, Sharanjit Kaur, Defendant herein, entered a guilty plea to Count One of the Indictment, which charges her with Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C.  § 1349.  As part of her Plea Agreement with the United States, the Defendant agreed to make full and complete disclosure of her assets and financial condition, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure" within five (5) weeks from the entry of Defendant's change of plea.  Defendant also agreed to have the Court enter an order to that effect.  Accordingly, the United States hereby applies for an order requiring Defendant to complete the above-referenced forms and provide to the United States Attorney's Office by March 13, 2013.

///

///

1    Dated:  February 6, 2013                    BENJAMIN B. WAGNER
                                                  United States Attorney
2

3                                                 /s/ Grant B. Rabenn

4                                                 Assistant United States Attorney

5

6                                    **ORDER**

7         The defendant, Sharanjit Kaur, is hereby ordered to complete and sign both the "Financial

8    Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information" and to provide

9    those forms the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401,

10   Fresno, California 93721 no later than March 13, 2013.

11

12   IT IS SO ORDERED.

13      Dated:   **February 7, 2013**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Application/Order RE Financial Disclosures          2