# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAR 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Sharanjit Kaur ) | 1:12-cr-00169-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Sharanjit Kaur__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's location monitoring condition and the restriction of **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the location monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3-13-2013          _____   3/13/13
Signature of Defendant      Date                Pretrial Services Officer   Date
Sharanjit Kaur                                  Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                                                    3/19/13
Signature of Assistant United States Attorney                                Date
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                    3/18/13
Signature of Defense Counsel                                                 Date
Mario DiSalvo

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __3-19-2013__.
☐ The above modification of conditions of release is *not* ordered.

_____                                                    3-19-2013
Signature of Judicial Officer                                                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services