BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099

Attorneys for the
     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00169-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SHARANJIT KAUR, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Sharanjit Kaur it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, defendant Sharanjit Kaur's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   1. A personal forfeiture money judgment in an amount to be determined by the Court.

   2. $23,462.20 in U.S. Currency seized from Bank of America Account # 12699-69713, held in the name of Baljit Singh dba Consumer Financial Services;

   3. $3,481.00 in U.S. Currency seized from Bank of America Account #12697-18687, held in the

      name of Sharanjit Kaur dba Consumer Credit Repair; and

   4. Real Property located at 35 Wycoff Street, Hicksville, New York 11891, Section 11, Block 274, Lot 63-66.

  2. The above-listed assets represent any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. § 1349.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of

1 direct written notice, whichever is earlier.

2     5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

IT IS SO ORDERED.

**Dated:**   **April 5, 2013**        **/s/  Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE