1  BENJAMIN B. WAGNER
United States Attorney
2  GRANT B. RABENN
Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff United States of America
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 1:12-CR-00169-LJO-SKO

12              Plaintiff,                   FINAL ORDER OF FORFEITURE

13       v.

14  SHARANJIT KAUR,

15              Defendant.

16

17       WHEREAS, on April 5, 2013, this Court entered a Preliminary Order of Forfeiture

18  pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R.

19  Crim. P. 32.2(b)(1), based upon the plea agreement entered into between plaintiff and

20  defendant Sharanjit Kaur forfeiting to the United States the following property:

21       1. A personal forfeiture money judgment in an amount to be determined
            amount to be determined by the Court.
22
         2. $23,462.20 in U.S. Currency seized from Bank of America Account
23          #12699-69713, held in the name of Baljit Singh dba Consumer Financial
            Service;
24
         3. $3,481.00 in U.S. Currency seized from Bank of America Account #12697-
25          18687, held in the name of Sharanjit Kaur dba Consumer Credit Repair;
            and
26
         4. Real Property located at 35 Wycoff Street, Hicksville, New York 11891,
27          Section 11, Block 274, Lot 63-66.

28       AND WHEREAS, beginning July 16, 2013, for at least 30 consecutive days, the

Final Order of Forfeiture                1

United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America a1l right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1),  to be disposed of according to law, including all right, title, and interest  of Sharanjit Kaur.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **May 21, 2014**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE