PHILLIP A. TALBERT
Acting United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00169-LJO |
|---|---|
| Plaintiff, | **REQUEST AND ORDER TO EXONERATE BOND** |
| v. | |
| SHARANJIT KAUR, | |
| Defendant. | |

Plaintiff, UNITED STATES OF AMERICA, by and through Acting United States Attorney Phillip A. Talbert and Assistant United States Attorney Jeffrey A. Spivak, hereby request that the following property posed as collateral in the above-referenced matter be exonerated for the purpose of the forfeiture of the real property they are recorded against and the Deed returned.

1. Sharanjit Kaur
   35 Wykoff Street
   Hicksville, New York 11891
   Section 11, Block 274, Lot 63-66

   Deed No. 2012-072700746 – Docket #38

2. Sharanjit Kaur
   35 Wykoff Street
   Hicksville, New York 11891
   Section 11, Block 274, Lot 63-66

Request and Order to Exonerate Bond                     1

Deed No. 2012-071801270 – Docket #39

This request is based upon the fact the Defendant SHARANJIT KAUR has been convicted and sentenced as part of her plea agreement, agreed to the forfeiture of the real property at 35 Wykoff Street in Hicksville, New York 11891, Section 11, Block 274, Lot 63-66. The Final Order of Forfeiture was entered on May 21, 2014, wherein all right, title, and interest to the real property vested solely in the name of the United States of America. Docket #76. Additionally, the United States recorded a certified copy of the Final Order of Forfeiture with the Nassau County Recorder's Office on or about October 6, 2014. A true a correct copy of the recorded Final Order of Forfeiture is attached hereto as Exhibit A.

Respectfully,

Dated: June 10, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

## **ORDER**

It IS HEREBY ORDERED that the property bonds posted in the above entitled matter, against the real property located at 35 Wykoff Street in Hicksville, New York 11891, Section 11, Block 274, Lot 63-66, be exonerated and returned to the United States for the effectuation of the forfeiture entered of said property on May 21, 2014.

IT IS SO ORDERED.

Dated:  **June 10, 2016**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Request and Order to Exonerate Bond                 2