DISALVO LAW OFFICE
MARIO DISALVO (CA State Bar #199113)
5151 North Palm, Suite 100
Fresno, California 93704
Telephone:    (559) 442-1552
Facsimile:     (213) 442-1567

Attorney for Defendant
SHARANJIT KAUR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>SHARANJIT KAUR<br><br>Defendant. | Court Case Number: 1:12-cr-00169-JLT-SKO<br><br>**ORDER ON APPLICATION TO EXONERATE BOND** |

This Court having received an application to exonerate bond and having the reviewed the same hereby orders that:

1. The Clerk Office of the Eastern district of California release the Original Deed of Trust 2012-0103314, entered on 8/15/2012 to Tajinder Singh & Amarjit Kaur.

IT IS SO ORDERED.

Dated: March 9, 2022                    _____
                                                              U.S. Magistrate Judge