DISALVO LAW OFFICE
MARIO DISALVO (CA State Bar #199113)
5151 North Palm, Suite 100
Fresno, California  93704
Telephone:     (559) 442-1552
Facsimile:      (213) 442-1567

Attorney for Defendant
SHARANJIT KAUR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>V.<br><br>SHARANJIT KAUR<br><br>             Defendant. | Court Case Number: 1:12-cr-00169-JLT-SKO<br><br>**ORDER ON APPLICATION TO EXONERATE BOND** |

   This Court having received an application to exonerate bond and having the reviewed the same hereby orders that:

   1. The Clerk Office of the Eastern district of California release the Original Deed of Trust  #2012-0105428 to Tajinder Singh & Amarjit Kaur.

IT IS SO ORDERED.

   Dated:   **March 21, 2022**                                   _/s/ Jennifer L. Thurston_
                                                                                          UNITED STATES DISTRICT JUDGE